UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA ELENA SWETT URQUIETA,

                                    Petitioner,

                -v-

JOHN FRANCIS BOWE,

                                    Respondent.

24 Civ. 1379 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On February 23, 2024, Petitioner Maria Elena Swett Urquieta filed a petition seeking

return of her child, S.B.S., pursuant to the Convention on the Civil Aspects of International Child

Abduction, done at the Hague, October 25, 1980 (the "Convention"), and the International Child

Abduction Remedies Act ("ICARA"), 22 U.S.C. §§ 9001 *et seq.*, Dkt. 1 ("Petition"), and a

declaration in support, Dkt. 4 ("Declaration").

The Petition and the Declaration each contain redactions that have not been approved by

the Court or filed pursuant to the Court's Individual Rules, which require Court approval for

redactions. Although the limited redactions may prove justified, the Court directs Urquieta to

consult Section 4 of the Court's Individual Rules and Practices in Civil Cases, and the applicable

ECF Rules and Instructions, and promptly seek approval for any requested redactions.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 29, 2024
       New York, New York

1