UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA ELENA SWETT URQUIETA,

                        Petitioner,

        -v-

JOHN FRANCIS BOWE,

                        Respondent.

24 Civ. 1379 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    A conference is scheduled in this case for Thursday, March 7, 2024, at 9:30 a.m. The Court hereby moves the conference earlier to 9 a.m. that morning—a half hour earlier.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 5, 2024
       New York, New York