UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA ELENA SWETT URQUIETA,

                              Petitioner,

             -v-

JOHN FRANCIS BOWE,

                              Respondent.

24 Civ. 1379 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

This order memorializes orders—apart from those setting the pretrial and trial schedule, which will be the subject of a separate order—made at the pre-trial conferences held on March 4 and 7, 2024.

1. The Court ordered that neither respondent nor any other person shall remove the minor child in this case, S.B.S., from this District or the Eastern District of New York, pending the Court's resolution of the petition.

2. The Court ordered that respondent deposit with the Clerk of the Court any and all passports or other travel documents of S.B.S. The Court understands that respondent, through counsel, has done so.

3. The Court directed petitioner and respondent not to initiate conversations with S.B.S. about this proceeding, save with respect to logistical matters, and directed counsel for petitioner and respondent not to speak with S.B.S. at all.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 7, 2024
      New York, New York