# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

**565 FIFTH AVENUE**
**NEW YORK, NEW YORK 10017**
**(212) 856-9600**
**FAX: (212) 856-9494**

www.maglaw.com

WRITER'S CONTACT INFORMATION

kking@maglaw.com
(212) 880-9403

April 5, 2024

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

<u>VIA ECF</u>

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

     Re: *Maria Elena Swett Urquieta v. John Francis Bowe*, 1:24-cv-01379-PAE

Dear Judge Engelmayer:

   We represent the Respondent, John Bowe, in the above-referenced action. Pursuant to Your Honor's Individual Rules and Practices in Civil Cases and the discussion at the final pretrial conference, Respondent respectfully requests permission to redact portions of his Exhibit List that discuss highly personal facts relating to S.B.S. that relate to the grave risk defense, before filing on the public docket.

   Although the Exhibit List is a "judicial document" to which the presumption of public access applies, *see Bernstein v. Bernstein Litowitz Berger & Grossman LLP*, 814 F.3d 132 (2d Cir. 2016), there exist countervailing privacy interests here, specifically related to "sensitive personal information" involving children. *See Dodona I, LLC v. Goldman, Sachs & Co.*, 119 F. Supp. 3d 152, 156 (S.D.N.Y. 2015). Furthermore, the child at issue, S.B.S. is a nonparty. Accordingly, we believe the requested redactions are appropriate. *See e.g., Arulpragasam v. Bronfman*, No. 13-CV-2472, 2013 WL 2249256 (E.D.N.Y. 2013) (allowing parties to redact child's information to protect his privacy and safety, but not revise the caption for anonymity). Petitioners join this application.

   We are available to discuss this application at the Court's convenience.

           Respectfully submitted,

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

/s/   *Karen King*
Karen King

GRANTED.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
April 9, 2024